UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:12-CR-156-1D
Western Division

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | **ORDER FOR RETURN OF** |
| | ) | **SEIZED PROPERTY** |
| ADAM THOMAS BENTLEY | ) | |

    Adam Thomas Bentley, having previously pled guilty to 18 U.S.C. § 1470, appeared before the Honorable James C. Dever III, Chief U.S. District Judge, pursuant to a Motion for Revocation of Supervised Release, in Raleigh, North Carolina, on January 10, 2014. After hearing evidence, the court concluded that the defendant had violated his conditions of supervised release and his term of supervision was revoked. The defendant was remanded to the custody of the Bureau of Prisons for a period of 18 months.

    During the course of supervision, and the investigative efforts to support the Motion for Revocation filed by the probation officer, various items were seized during a lawful search and held for evidentiary purposes. Inasmuch as the revocation matter has been resolved, the probation office is no longer in need of the seized items. Furthermore, after careful assessment by the Federal Bureau of Investigation, it has been determined that all computers and digital storage devices capable of holding illegal or questionable material have been properly sanitized and "wiped clean." The probation office is now seeking the court's approval to return the seized property from secure inventory maintained by the U.S. Probation Office and the Federal Bureau of Investigation to the defendant or his duly authorized agent.

    It is therefore, ORDERED that the seized property held by the U.S. Probation Office and the Federal Bureau of Investigation be returned to the defendant or his duly authorized agent as such property is no longer needed for evidentiary purposes and does not present a danger to any other individual.

This the **13** day of **July**, 2014.

James C. Dever III
Chief U.S. District Judge